No. 357. UNITED STATES *v.* OSAGE NATION OF INDIANS. Court of Claims. Certiorari denied. *Solicitor General*

*Perlman* for the United States. *Wesley E. Disney* and
*F. M. Goodwin* for respondent.